IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02702-WYD-KLM

RODNEY G. COWAN,

    Plaintiff,

v.

ROCKY MOUNTAIN STEEL MILLS,

    Defendant.

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

    THIS MATTER is before the Court in connection with the Recommendation of United States Magistrate Judge issued on July 18, 2008. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b). Magistrate Judge Mix recommends therein that this case be dismissed without prejudice pursuant to FED. R. CIV. P. 41(b) and D.C.COLOLCivR. 41.1 for failing to follow Court rules and Court orders and for failure to prosecute. *See* Recommendation at 6. In light of that recommendation, she also recommends that Defendant's Motion to Dismiss filed May 1, 2008, be denied as moot. *Id.*

    Magistrate Judge Mix advised that written objections were due within 10 days after service of the Recommendation, and that a party's failure to serve and file such objections waives *de novo* review of the Recommendation. *Id.* Despite this advisement, no objections were filed to the Recommendation. No objections having

been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1] *See* FED. R. CIV. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record. Magistrate Judge Mix noted in connection with her recommendation to dismiss the case that Plaintiff did not sign the Scheduling Order prepared by Defendant and did not return defense counsel's phone calls regarding the Rule 26(f) conference ordered by Magistrate Judge Mix. Recommendation at 1-2. Further, Plaintiff admitted at the Scheduling Conference that he provided no input into the proposed Scheduling Order tendered by Defendant. *Id.* Magistrate Judge Mix vacated the Scheduling Conference and ordered the parties to confer and submit a joint proposed Scheduling Order. *Id.* at 2. Plaintiff was also ordered to make his Rule 26(a)(1) disclosures and to file a written response to Defendant's Motion to Dismiss. *Id.* Magistrate Judge Mix noted that Plaintiff was amply warned at the Scheduling Conference about his obligations as a federal court litigant and unilaterally extended

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, FED. R. CIV. P. 72(a), which in turn is less than a *de novo* review, FED. R. CIV. P. 72(b).

three important deadlines solely for his benefit. *Id.* Plaintiff then failed to comply with the Court's Orders and failed to appear at the second Scheduling Conference. *Id.* at 2-3. Accordingly, at the conference Defendant made an oral motion to dismiss the case pursuant to Rule 41(b). *Id.* at 3.

In determining whether dismissal was appropriate, Magistrate Judge Mix considered the appropriate factors as set out in *Ehrenhaus v. Reynolds*, 965 F.2d 916 (10th Cir. 1992). *Id.* at 3-6. She concluded that on balance the *Ehrenhaus* factors "weigh heavily in favor of dismissal without prejudice as a sanction for Plaintiff's continuing and unexplained non-compliance with the Court's straightforward orders concerning his duties as a litigant." *Id.* at 6. I find that Magistrate Judge Mix's analysis is well reasoned and that dismissal of this case is appropriate for the reasons set forth in the Recommendation. Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge dated July 18, 2008, is **AFFIRMED and ADOPTED**. In accordance therewith, it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**. It is

FURTHER ORDERED that Defendants' Motion to Dismiss (Doc. # 19 filed May 1, 2008) is **DENIED AS MOOT**.

Dated: August 1, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge